IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-417-04 |
| SHERMAN EASTERLING<br>    a/k/a "Foot,"<br>    a/k/a "Foot On Da Gas" | :<br><br>: | |

## O R D E R

AND NOW, this **17th** day of **July, 2023**, upon consideration of the Government's Motion to Dismiss defendant Sherman Easterling from the above-captioned indictment (ECF No. 130), it is hereby **ORDERED** that the motion is **GRANTED.** The indictment is dismissed as to defendant Sherman Easterling, only.

BY THE COURT:

*Eduardo C. Robreno*
**HONORABLE EDUARDO C. ROBRENO**
*Senior Judge, United States District Court*